*49
 
 Taylor, Chief Justice.
 

 The act oh which ibis suit is fouuded, was passed for Hi<* sorority of creditor, to on-f.M*> fijeto to cprest <licit* debtors who «vero about to re-launa-, by rwforcitig them to given public en»! genera! mo-tico of sKoh ii-t-'iitiosij a suGicioni Tmc befos*-? the rosno-val. Ato tor.- debtor might luvykri. ito". and depart in si"'*is«’?
 
 -vi l
 
 secrecy, leaving ¡sis creditor w>í»oli? remedí-leso; ¡sitd is. therefore, seemed ctopc-dícrst that those who liad eiubled him to do so, should become responsible to liis mtiitors, who were thus deprived of their claims fey hi* agency tuta susistancc, The act. then-lore, «eases U too interest of Use person rcsnevíi?,'-; to look to this general notice having been give», by subjecting him to the debt/; if it has boon omitte-i f and any ore acquainted with the acto who veas applied to, to totoci the removal of a d"btoi*, wotto! naiureJiy er/paire whether, by so do-big, he was tiidinq him in creep tog íto?«: Ms creditor, aní! evading too proceso of the Lnv, The law ought, therefore, to receive such acon.-dpucilim beat comports with toe
 
 l
 
 of the case, and the evatoet pui-pi)’*? of the Li-ytototore, instead of a stoict on-- foe the sake of muídíig one man pay the debts of anoto,"!*, when, in reality. the creditor is placed iu no worn» situation by his conduct. If a c.-editor has received distinct and personal notice of Hie intended remov*^ the object of the law is accomplished; and here, that tsofice was not only given, but the iPLumüff declared libs acipúeocouee in the propriety of the stop, and said he had no objection if he were made safe. At this time h? might have arrested Craig, for the bond was then due. A few days after-wards, lac knew that Craig was in the act of removing his effects, but took no steps o impede him. it is then, evident, that the Plaintiff had timely notice, and jjiiite as full and satisfactory as if advertisements had been exhibited in illiv? public places in the county. This view of the act of Assembly Is la conformity with a decision recently made in this ¡Court, in which it was held that although tiio debtor had not procured a certificate from the
 
 *50
 
 Justice, yet the fact of the advertisement being made might be proved on the trial. Without giving an oui- * * 1 nion on the other point made in the case, I think there 0Hght to be a new trial.
 

 Hall and Henderson, Judges, concurred,